NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


DONALD R. FIELD,                            )
                                           )
            Appellant,                     )
                                           )
v.                                         )      Case No. 2D17-2963
                                           )
STATE OF FLORIDA,                          )
                                           )
            Appellee.                      )
_____)

Opinion filed February 14, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Manatee County; Hunter W. Carroll,
Judge.

Donald R. Field, pro se.


PER CURIAM.


            Affirmed.


MORRIS, BLACK, and BADALAMENTI, JJ., Concur.